IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND HURLBURT,<br><br>Plaintiff,<br><br>-v-<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>Defendant. | Civil Case Number: 8:19-cv-00690-GLS-CFH<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant FINANCIAL RECOVERY SERVICES, INC. in the above-captioned matter, with prejudice; and that no party hereto is an infant or incompetent.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:       December 9, 2019

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>MARCUS & ZELMAN, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Tel: (732) 695-3282<br>Email: yzelman@marcuszelman.com<br><br>*Attorneys for Plaintiff*<br>*Raymond Hurlburt* | /s/  Michael T. Etmund<br>Michael T. Etmund, Esq.<br>MOSS & BARNETT<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>Tel: (612) 877-5309<br>Email: mike.etmund@lawmoss.com<br><br>*Attorneys for Defendant*<br>*Financial Recovery Services, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND HURLBURT,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>　　　　　Defendant. | Civil Case Number: 8:19-cv-00690-GLS-CFH<br><br>ORDER OF DISMISSAL |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 9, 2019 Stipulation of Dismissal, all claims asserted against Defendant FINANCIAL RECOVERY SERVICES, INC. in Civil Action No. 8:19-cv-00690-GLS-CFH, are dismissed with prejudice; and

　　THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __10th__ **day of** __December__, **2019.**

Albany, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Gary L. Sharpe
　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge